■ In the Matter of P & J DEVELOPMENT CORPORATION, LTD., Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF HUNTINGTON, Respondent.—Judgment of the Supreme Court, Suffolk County, dated April 11, 1984. affirmed, with costs, for reasons stated by Justice McCarth, at Special Term in his decision dated March 21, 1984. Gibbons, J. P., Eiber, Kunzeman and Kooper, JJ., concur.